**Order entered June 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01530-CV

**IN THE ESTATE OF ROBERTO REFUGIO DE JESUS GONZALEZ BARRERA,
DECEASED**

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-14-02697-1**

## ORDER

Before the Court is appellant's June 24, 2019 second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **July 24, 2019**. We caution appellant that further requests for extension will be disfavored.

/s/    ERIN A. NOWELL
          JUSTICE